# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Civil Action<br>No: <u>06-10545-WGY</u>

GAGLIARDI
Plaintiff

v.

SULLIVAN, ET AL
Defendant

<u>ORDER OF REMAND</u>

YOUNG, D.J.

    In accordance with the Court's order at the hearing of 9/28/06, the above-entitled action is hereby remanded to Superior Court sitting in and for the County of Essex.

By the Court,<br><br>/s/ Elizabeth Smith<br>_____<br>Deputy Clerk

September 29, 2006

To: All Counsel